■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BRIAN SNELL, Appellant, v ANDREA EVANS, CEO, New York State Division of Parole, Respondent. [932 NYS2d 757]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Green and Gorski, JJ.